1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

10/16/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JADE TEXTILE, INC., a California corporation,

          Plaintiff

    v.

SHASA USA, LLC, a California limited liability company; VIVACE DESIGN, INC., a California corporation; and DOES 1-10, inclusive,

          Defendants.

**CASE NO. 14-CV-08952-BRO-JPR**

**Assigned to:**
**Hon. Beverly Reid O'Connell**

**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

1
2        HAVING REVIEWED THE STIPULATION OF THE PARTIES, IT IS
   HEREBY ORDERED THAT:
3
4        The action is hereby dismissed in its entirety with prejudice.  Each party
   shall bear its own costs and attorneys' fees.
5
6
7  Dated: October 16, 2015           _____
8                                     Hon. Beverly Reid O'Connell
                                      United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                              2
28                       **[PROPOSED] ORDER**